# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 2 MM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LEROY ANTONIO WILSON, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2020, the Application for Leave to File Original Process is GRANTED, the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED, and the Petition to File Response *Nunc Pro Tunc* is DISMISSED AS MOOT.